```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
MAJOR LEAGUE SOCCER, L.L.C.,           :
                                       :
                        Petitioner,    :    21 Civ. 4258 (VM)
                                       :
     - against -                       :       **ORDER**
                                       :
MAJOR LEAGUE SOCCER PLAYERS            :    **REQUEST FOR STATUS UPDATE**
ASSOCIATION, on behalf of              :
ALEJANDRO ROMERO GAMARRA               :
(a/k/a "KAKU"),                        :
                        Respondent.    :
---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 10, 2021

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case, the Court notes that on June 21, 2021, Respondent Major League Soccer Players Association, on behalf of Alejandro Romero Gamarra, waived service. (See Dkt. No. 7.) It is hereby

**ORDERED** that the Respondent is directed to inform the Court within five (5) days of the date of this Order whether Petitioner's motion to confirm the arbitration award is opposed.

**SO ORDERED.**

Dated:    New York, New York
          10 August 2021

                                        _____
                                        Victor Marrero
                                        U.S.D.J.