UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAJOR LEAGUE SOCCER, L.L.C.,

              *Petitioner*,

      - against -

MAJOR LEAGUE SOCCER PLAYERS
ASSOCIATION *on behalf of Alejandro
Romero Gamarra (a/k/a "Kaku")*,

             *Respondent*.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 31, 2021

Case No. 1:21-cv-04258-VM

[PROPOSED] **ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD**

**THIS MATTER** comes before the Court on a Petition to Confirm Arbitration Award (the "Petition") [Dkt. No. 1], brought by Petitioner Major League Soccer, L.L.C. ("MLS"), seeking confirmation of the April 2, 2021, "Opinion and Award," issued by Arbitrator Shyam Das (attached as Exhibit D to the Declaration of Dimitrios Efstathiou [Dkt. No. 3-4]) and enforcement in conformity therewith.

Having considered the Petition and supporting declaration and exhibits, and Respondent's concession that the Award "draws its essence from the CBA" and the Union's representation that it does not oppose the confirmation of the arbitration award, and for good cause shown:

**IT IS** on this __31__ day of __August__, 2021, hereby

**ORDERED** that MLS's Petition to Confirm Arbitration Award [Dkt. No. 1] is **GRANTED**; and

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that in accordance with Section 301 of the Labor-Management Relations Act ("LMRA"). 29 U.S.C. § 185, the April 2, 2021, "Opinion and Award," issued by Arbitrator Shyam Das [Dkt. No. 3-4] is **CONFIRMED** in its entirety; and

125291767v1

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to **ENTER JUDGMENT** in favor of MLS.

_____
Victor Marrero
U.S.D.J.

2

125291767v1