# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MAJOR LEAGUE SOCCER, L.L.C.,

                Petitioner,                      21 **CIVIL** 4258 (VM)

          -against-                             **<u>JUDGMENT</u>**

MAJOR LEAGUE SOCCER PLAYERS
ASSOCIATION *on behalf of Alejandro
Romero Gamarra (a/k/a "Kaku"),*

                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 31, 2021, that MLS's Petition to Confirm Arbitration Award [Dkt. No. 1] is **GRANTED**; and

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that in accordance with Section 301 of the Labor-Management Relations Act ("LMRA"). 29 U.S.C. § 185, the April 2, 2021, "Opinion and Award," issued by Arbitrator Shyam Das [Dkt. No. 3-4] is **CONFIRMED** in its entirety, and Judgment is entered in favor of MLS.

**Dated**: New York, New York
         August 31, 2021

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**

**BY:**   _____
                                        **Deputy Clerk**